JOHN S. LEONARDO
United States Attorney
District of Arizona
RUI WANG
Assistant U.S. Attorney
State Bar No. 024184
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: rui.wang@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

CR13-1851 TUC JAS (BPV)

| United States of America, | INDICTMENT |
|---|---|
| Plaintiff, | **VICTIM CASE** |
| vs. | Violations: |
| | 18 U.S.C. § 2241(c) |
| Christopher James Preston, | (Aggravated Sexual Abuse of a Child) |
| Defendant. | Counts 1, 2 |
| | |
| | 18 U.S.C. § 2244(a)(5) |
| | (Abusive Sexual Contact of a Child) |
| | Counts 3, 4 |
| | |
| | 18 USC §1153 |
| | (Major Crimes Act) |
| | Counts 1-4 |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

On or about the time period between January 1, 1998 and December 31, 1998, at or near San Xavier, on the Tohono O'odham Nation, Indian Country, within the District of Arizona, Christopher James PRESTON, an Indian and certified member of the Tohono O'odham Nation, a federally recognized tribe, did knowingly engage in a sexual act, to wit: contact between the victim's mouth and the defendant's penis, with T.R., a child who had not attained the age of 12 years, in violation of Title 18, United States Code, Sections 2241(c) and 1153.

## COUNT 2

On or about the time period between January 1, 1998 and December 31, 1998, at or near San Xavier, on the Tohono O'odham Nation, Indian Country, within the District of Arizona, Christopher James PRESTON, an Indian and certified member of the Tohono O'odham Nation, a federally recognized tribe, did knowingly engage in a sexual act, to wit: the intentional touching of the victim's penis, not through clothing, with T.R., a child who had not attained the age of 12 years, with the intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person, in violation of Title 18, United States Code, Sections 2241(c) and 1153.

## COUNT 3

On or about the time period between January 1, 1998 and December 31, 1998, at or near San Xavier, on the Tohono O'odham Nation, Indian Country, within the District of Arizona, Christopher James PRESTON, an Indian and certified member of the Tohono O'odham Nation, a federally recognized tribe, did knowingly engage in sexual contact, to wit: the intentional touching of the defendant's penis to the victim's hand, with T.R., a child who had not attained the age of 12 years, with the intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person, in violation of Title 18, United States Code, Sections 2244(a)(5) and 1153.

## COUNT 4

On or about the time period between January 1, 1998 and December 31, 1998, at or near San Xavier, on the Tohono O'odham Nation, Indian Country, within the District of Arizona, Christopher James PRESTON, an Indian and certified member of the Tohono O'odham Nation, a federally recognized tribe, did knowingly engage in sexual contact, to wit: the intentional touching of the victim's buttocks with the defendant's penis, with T.R., a child who had not attained the age of 12 years, with the intent to abuse, humiliate,

///

//

/

1  harass, degrade, and arouse and gratify the sexual desire of any person, in violation of
2  Title 18, United States Code, Sections 2244(a)(5) and 1153.

A TRUE BILL

/S/
-----------------------
Presiding Juror

JOHN S. LEONARDO
United States Attorney
District of Arizona

/S/
Assistant U.S. Attorney

OCT 23 2013

REDACTED FOR
PUBLIC DISCLOSURE