# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>　　　　　Plaintiff,<br>v.<br>Christopher Preston,<br>　　　　　Defendant. | No.  4: 13-CR-1851-JAS(BPV)<br><br>**ORDER** |

Pending before the Court is the Government's Motion to Extend Time for Motion in Limine re: Dr. Paul Simpson (Doc. 73).  There being no objection from Defendant, and good cause appearing, that motion is **GRANTED**.

Dated this 26th day of June, 2015.

　　　　　　　　　　　　　　　　　　　Honorable James A. Soto
　　　　　　　　　　　　　　　　　　　United States District Judge